UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-623 (ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| CALVIN ROBINSON, Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: 3/15/00

Magistrate Judge

FILED MAR 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____