**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UNITED STATES OF AMERICA,

Petitioner,

v.

CALVIN ROBINSON,

Respondent.

Civil No. 00-623 (ADM/AJB)

**REPORT AND RECOMMENDATION ON PETITION TO DETERMINE MENTAL CONDITION**

Joan Humes, Esq., Assistant United States Attorney, for the petitioner, United States of America;

Dan Scott, Esq., Federal Public Defender, for the respondent, Calvin Robinson.

This matter came on for hearing before the Court, Magistrate Judge Arthur J. Boylan, on April 10, 2000, at the Federal Medical Center in Rochester, Minnesota, on the government's Petition to Determine the Mental Condition of an Imprisoned Person, pursuant to 18 U.S.C. §4245. Respondent opposes the petition.

Based upon the file and records contained therein, along with witness testimony and exhibits received at hearing, the Magistrate Judge makes the following:

**Findings**

1. Respondent Calvin Robinson is a federal prisoner, presently incarcerated at the Federal Medical Center, Rochester, Minnesota. Respondent has been examined by Dr. Andrew Olnes, M.D., a staff psychiatrist at the Rochester facility. Dr. Olnes is an experienced psychiatrist and is qualified to diagnose and treat mental conditions. (Hearing Exh. No. 1,



APR 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Curriculum Vitae). Dr. Olnes' evaluation of respondent's mental condition involved a review of the prisoner's psychiatric history and background information contained in Bureau of Prisons administrative file and BOP medical records regarding Mr. Robinson. The evaluation process also included numerous interviews and personal meetings between Dr. Olnes and respondent which have taken place since respondent's arrival at Rochester, Minnesota, on December 21, 1999. Dr. Olnes reviewed and considered information regarding respondent's behavior and mental condition while incarcerated at FCI-McKean, Pennsylvania, and Dr. Olnes also considered the observations and reports made by other Rochester staff personnel regarding respondent's condition and behavior.

2. Based upon his psychiatric evaluation, (Hearing Exh. No. 2), it is Dr. Olnes' diagnosis that respondent suffers from mental illness, specifically schizophrenia, paranoid type. Respondent has experienced at least two of the five characteristics of schizophrenia, i.e. delusions relating to his impression that he is being poisoned; and negative symptoms, manifested by inappropriate emotional expression and poor hygiene. Mr. Robinson may also be experiencing hallucinations. Respondent has exhibited sufficient symptoms to support the schizophrenia diagnosis.

Based upon the foregoing Findings, the Court makes the following:

**Conclusions**

1. Respondent Calvin Robinson is currently suffering from a mental disease or defect for which he is in need of treatment at a suitable facility within the meaning of 28 U.S.C. § 4245.

2. Respondent Robinson is in need of prompt treatment to prevent further

deterioration of his mental and physical condition. The Federal Medical Center at Rochester, Minnesota is an appropriate facility for administration of such treatment.

Based upon the foregoing Findings and Conclusions, the Magistrate Judge **HEREBY RECOMMENDS** that respondent Calvin Robinson be committed to the custody of the Attorney General for care and treatment of his mental illness in a suitable facility, including the Federal Medical Center in Rochester, Minnesota.

Dated: 4/14/00

Arthur J. Boylan
United States Magistrate Judge