**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UNITED STATES OF AMERICA, Civil No. 00-623 (ADM/AJB)

Petitioner,

v.

**ORDER ON PETITION TO DETERMINE MENTAL CONDITION**

CALVIN ROBINSON,

Respondent.

Joan Humes, Esq., Assistant United States Attorney, for the petitioner, United States of America;

Dan Scott, Esq., Federal Public Defender, for the respondent, Calvin Robinson.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 14, 2000, along with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED THAT** respondent Calvin Robinson is committed to the custody of the Attorney General for care and treatment of his mental illness in a suitable facility, including the Federal Medical Center in Rochester, Minnesota.

Dated: May 18, 2000

Ann D. Montgomery
United States District Court Judge

FILED MAY 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 19 2000
DEPUTY CLERK