# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-623ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Calvin Robinson

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that respondent is committed to the custody of the Attorney General for care and treatment of his mental illness in a suitable facility, including the Federal Medical Center in Rochester.

DATE: May 19, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

7