UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-623(ADM/AJB)

UNITED STATES OF AMERICA, )
)
Petitioner, )
)
v. ) ORDER
)
CALVIN FLEMUND ROBINSON, )
)
Respondent. )

On May 19, 2000, following a hearing on the government's petition to commit the respondent, Calvin Robinson, pursuant to 18 U.S.C. § 4245(d), the Court ordered that Mr. Robinson be committed to the custody of the Attorney General for care and treatment of his mental illness in a suitable facility, such as the Federal Medical Center, Rochester, Minnesota.

On September 19, 2001, the Director of the Federal Medical Center, Rochester, Minnesota, issued a Certificate of Discharge provided for by 18 U.S.C. § 4245(e), finding that Mr. Robinson has recovered from his mental illness to such a degree that he no longer requires hospitalization in a specialized facility. Pursuant to that same subsection, the Court Orders the following:

1. That the letter from Warden Constance Reese, Federal Medical Center, Rochester, Minnesota be filed with the Clerk of Court as a Certificate of Discharge.

2. That the judgment and sentence of the United States District Court for the Eastern District of Michigan imposed March 27, 1997 against Calvin Flemund Robinson, Docketed as Criminal 94-CR-50015-13-FL be reinstated and continue to its original expiration, pursuant to 18 U.S.C. § 4245(e).

SEP 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 26, 2001

Honorable Ann D. Montgomery
United States District Court Judge